1   **CAROL ANN MOSES #164193**
Attorney at Law
2   545 East Alluvial, Ste. 112
Fresno, California 93720
3   Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5   Attorney for Defendant, STEVEN CROOKS

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )        CASE NO.: 6:09-mj-00064-YNP
                                        )
12                                      )
                                        )
13                 Plaintiff,           )        STIPULATION TO VACATE
                                        )        TRIAL DATE AND PROPOSE
14   vs.                                )        PLEA & SENTENCE DATE
                                        )
15   STEVEN CROOKS,                     )
                                        )
16                 Defendant.           )
                                        )
17   _____ )

18           IT IS HEREBY STIPULATED by and between the Defendant, STEVEN CROOKS, his

19   Attorney of Record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

20   SUSAN ST. VINCENT, that the Trial in the above captioned matter currently scheduled for

21   November 18, 2009, at 10:00 a.m. be vacated and the matter be set for Plea and Sentence on

22   January 5, 2010, or at a date convenient to the Court.

23

24   Dated: November 16, 2009              By: /s/ Carol Ann Moses_____
                                                 CAROL ANN MOSES
25                                               Attorney for Defendant
                                                 STEVEN CROOKS
26

27   Dated: November 16, 2009              By: /s/ Susan St. Vincent_____
                                                 SUSAN ST. VINCENT
28                                               Legal Officer for
                                                 National Park Service

1

***PROPOSED ORDER***

2

3      The Court having reviewed the above request to Vacate Trial Date and set the case for

4  Plea and Sentence, HEREBY ORDERS AS FOLLOWS:

5      1.      The Trial scheduled for Defendant, STEVEN CROOKS, shall be vacated and

6              the matter will be set for Plea and Sentence on January 5, 2010 at 10:00 a.m.

7

8   IT IS SO ORDERED.

9   **Dated:   November 16, 2009**              _____ /s/ Dennis L. Beck _____
                                                UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28