**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016


Attorney for Defendant,
STEVEN CROOKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:09-mj-00064-YNP |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE PLEA & SENTENCE TO JANUARY 19, 2010; |
| vs ) | ORDER |
| STEVEN CROOKS, ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the Defendant, STEVEN CROOKS, his Attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Plea and Sentencing in the above-captioned matter currently scheduled for January 5, 2010, at 10:00 a.m. be continued until January 19, 2010, at 10:00 a.m. Defendant, STEVEN CROOKS, will be out of the state on January 5, 2010 and has requested this alternate date.

Dated: December 29, 2009
                                      By: /s/ Carol Ann Moses
                                           CAROL ANN MOSES
                                           Attorney for Defendant
                                           STEVEN CROOKS

Dated: December 29, 2009

                                      By: /s/ Susan St. Vincent
                                           SUSAN ST. VINCENT
                                           Acting Legal Officer for the
                                           National Park Service

1 * * *PROPOSED ORDER * * *

The Court, having reviewed the above request for a Continuance of the Plea and Sentencing for STEVEN CROOKS from January 5, 2010 until January 19, 2010, HEREBY ORDERS AS FOLLOWS:

1. The Plea and Sentencing for Defendant, STEVEN CROOKS, shall be continued to January 19, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __December 30, 2009__        _____/s/ Gary S. Austin_____
                                     UNITED STATES MAGISTRATE JUDGE